UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE CLARK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNION CITY, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-03501-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 32 |

The parties have informed the Court that they resolved this matter and executed a release on February 8, 2021. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within sixty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: March 11, 2021

_____
SALLIE KIM
United States Magistrate Judge